1 **Alycia A. Degen (211350)**
adegen@sidley.com
2 **SIDLEY AUSTIN LLP**
555 W. Fifth Street, Suite 4000
3 Los Angeles, CA 90013
T: (213) 896-6000
4 F: (213) 896-6600

5 **Attorneys for Defendant Ferring Pharmaceuticals Inc.**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANA BERG, JESSICA ARABSHAHI, SOPHIA BARRETT, TIFFANI BARTHOLOMEW, JULIANA BIHLET, APRIL FALK, BRITANNIE IRVINE, SHAWNA JENNINGS, AMY KANE, PAYAL KARAN-JOHNSON, SHANNON KINNEY, JEANINE KOZLOWSKI, ELIZABETH LANE, TOMEKIA LANE, JENNIFER MALIK, MOLLY MCCOY, HEATHER MCMILLIAN, APRIL MOORE, MARIA MOVSESSIAN, KIMHOANG NGUYEN, TRAMMIE NGUYEN, EMILY NOWAKOWSKI, JOLENE STEPHENS, and JENNIFER SUNDT-RODRIGUES, <br><br> Plaintiffs, <br><br> vs. <br><br> FERRING PHARMACEUTICALS, INC., FERRING RESEARCH INSTITUTE, INC., FERRING INTERNATIONAL PHARMASCIENCE CENTER U.S., INC., FERRING PRODUCTION, INC.; and DOES 1 through 500, inclusive, <br><br> Defendants. | Case No. 2:16-cv-3656 <br><br> **DEFENDANT FERRING PHARMACEUTICALS INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS** |

Pursuant to Local Rule 83-1.4, Defendant Ferring Pharmaceuticals Inc. hereby gives notice that the above-captioned action involves some of the same subject matter as the pending actions described below.  All of these actions concern Bravelle®, a prescription fertility medicine distributed by Ferring Pharmaceuticals Inc.  In October 2015, after routine stability testing indicated that certain, but not all, batches of Bravelle did not meet potency specifications throughout the expiration period, all Bravelle in the U.S. was recalled in an abundance of caution.  A reimbursement program was implemented and notice of the recall and the related reimbursement program was sent to customers.  All of these listed actions involve allegations that the Bravelle the plaintiffs received was defective because it was out-of-specification ("OOS").

Three actions were filed by the same plaintiffs' counsel who filed this action, with nearly identical complaints brought against the same defendants, all alleging that the plaintiffs suffered personal injuries and economic damages from their alleged purchase and use of Bravelle.  In all actions, the plaintiffs assert causes of action for negligence, strict liability, breach of implied warranty, and breach of express warranty against the same defendants.  These actions include:

- *Christina Azinian-Yazeji, et al, v. Ferring Pharmaceuticals Inc.* - Superior Court of the State of California, Los Angeles County, No. BC618163, Hon. Elihu M. Berle (Notice of Removal filed May 25, 2016)
- *Melanie Landesman v. Ferring Pharmaceuticals Inc.* – Superior Court of the State of California, Los Angeles County, No. BC608563, Hon. Elihu M. Berle
- *Kimberly Verbeck, et al, v. Ferring Pharmaceuticals Inc.* – Superior Court of the State of California, Los Angeles County, No. BC612496, Hon. Elihu M. Berle

A Notice of Removal in *Christina Azinian-Yazeji, et al, v. Ferring Pharmaceuticals Inc.*, was filed on May 25, 2016.  Because the action involves the same defendants,

1

**DEFENDANT FERRING PHARMACEUTICALS INC'S
NOTICE OF PENDENCY OF OTHER ACTIONS**

the same allegations, the same causes of action, and the same counsel, substantial duplication of labor would be entailed if heard by a different judge than this action.

Three class actions are pending outside of California, and involve allegations that plaintiffs seek economic damages on behalf of similarly situated consumers based on their alleged receipt of OOS Bravelle.  The class action complaints assert causes of action for violations of consumer fraud laws, breach of implied warranty, breach of express warranty, and unjust enrichment against Ferring Pharmaceuticals Inc.  These actions include:

- *Angela Lauruska v. Ferring Pharmaceuticals Inc*. – Eastern District of New York, No. 2:16-cv-01857, Hon. Joseph F. Bianco
- *Nicole Keith, et al, v. Ferring Pharmaceuticals Inc*. - Northern District of Illinois, No. 1:15-cv-10381, Hon. Amy J. St. Eve
- *Kaela R. Shapiro v. Ferring Pharmaceuticals Inc*. – Twenty-First Judicial Circuit Court, St. Louis County, Missouri, No. 16SL-CC01745, Hon. Robert S. Cohen

DATED:  May 25, 2016

SIDLEY AUSTIN LLP

By: /s/ Alycia A. Degen

Alycia A. Degen
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California  90013
Telephone:  (213) 896-6000
Facsimile:  (213) 896-6600

*Counsel for Defendant
Ferring Pharmaceuticals Inc.*